| In Re | Nunez | | | Case # | 09-33439 | |
|-------|-------|--|--|--------|----------|--|
| Plan filed | 12/16/2009 | | | First Amended | | 4/21/2010 |

CHAPTER 13 WORKSHEET

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| 1. Debtor's employer | hexacomb/pregis | | | Occupation | | Fork Lift operator | |
| 2. Debtor 2 employer | | | | Occupation | | | |
| 3. Monthly Net pay | $2,574.97 | Expenses | $2,397.00 | Excess | $177.97 cushion | | -$651.20 family will supplement |
| 4.Plan payment | $829.17 | Term | 60 | Total | $49,750.20 Dividend | | 0% |
| 5. Priority | $0.00 | Provided for | na | secured | $101,960.26 unsecured | $7,133.58 | |
| 6 Real Estate | None | | | | | | |
| Value | $207,500.00 | Mortgage | $101,960.26 | Liens | $3,573.43 Equity | $101,966.31 | $50,983.16 debtor half owner |
| Value | | Mortgage | | Liens | Equity | 0 | |
| Value | | Mortgage | | Liens | Equity | 0 | |

| 7. Secured Claims | Amount | %interest | Total paid | 511 1322(e) | 1325 (A)(5) | 5) test |
|-------------------|--------|-----------|------------|-------------|-------------|---------|
| mtg. | $39,330.98 | | $39,330.98 | Is | Satisfied | |
| rwa | $3,573.43 | 18.00% | $5,444.51 | Is | Satisfied | |
| | $0.00 | | $0.00 | Is | Satisfied | |
| | $0.00 | | $0.00 | Is | satisfied | |
| | $0.00 | | $0.00 | | | |
| | | | | | | |
| Total | $42,904.41 | | $44,775.49 | | | |

| 8.  Chpater 7 Test 1325(a)(4) | | Chapter 13 Plan Analysis | |
|-------------------------------|--|--------------------------|--|
| Liquidation Analysis | | Total Payments | $49,750.20 |
| Assets | $116,350.00 | Less | |
| Preference | | Trustee Commission | $4,975.02 |
| Total | $116,350.00 | Attorney Fee | $0.00 |
| LESS | | Priorities | $0.00 |
| priority | $0.00 | Secured Debt Paid | $44,775.49 |
| secured | $101,960.26 | Other | |
| Exemption | $76,510.50 | Total | $49,750.51 |
| Liquidation | | Net Available | -$0.31 |
| Total | $178,470.76 | | |
| Net Available | ($62,120.76) | | |

9. Plan complies with all provisions of 11 USC 1325, except

| 10. Prohibition on property transfer | no | | Paid all pre conf. per 1326(a)(1) | | yes |
|--------------------------------------|----|--|-----------------------------------|--|-----|
| 11.Exemption correct | Yes | | | | |
| 12. Paid outside | Property taxes | no | Mortage | no | Auto | yes |
| 13. Atty. fee total | $2,000.00 paid | $2,000.00 unpaid | $0.00 timesheet | yes |